**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:25-cr-71 |
| | ) | |
| v. | ) | Judge Curtis L. Collier |
| | ) | |
| EDWARD LEBRON WILLIAMS, SR. | ) | Magistrate Judge Michael J. Dumitru |

**O R D E R**

Magistrate Judge Michael Dumitru filed a report and recommendation (Doc. 39) recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea as to Counts Six, Eighteen, and Twenty-One of the Indictment; (2) accept Defendant's guilty plea as to Counts Six, Eighteen, and Twenty-One of the Indictment; (3) adjudicate the Defendant guilty of the charges set forth in Counts Six, Eighteen, and Twenty-One of the Indictment; (4) defer a decision on whether to accept the plea agreement (Doc. 31) until sentencing; and (5) order that Defendant remain on release on bond under appropriate conditions of release pending sentencing in this matter. Neither party filed a timely objection to the report and recommendation.

After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation (Doc. 39) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea as to Counts Six, Eighteen, and Twenty-One of the Indictment is **GRANTED**;
2. Defendant's plea of guilty to Counts Six, Eighteen, and Twenty-One is **ACCEPTED**;
3. Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts Six, Eighteen, and Twenty-One;
4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** on release on bond under appropriate conditions of release pending sentencing in this matter, which is scheduled to take place on **March 10, 2027, at 2:00 p.m. EASTERN** before the undersigned.

**SO ORDERED.**

**ENTER:**

**/s/________________________________**
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**